463 A.2d 52

Zivitz et ux., Appellants v. Cent. Rd. Properties.

Argued January 19, 1982. John Anthony Lord, for appellants; Benjamin E. Zuckerman, for appellees.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Order affirmed.